

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

IN RE: David & Jennifer Durrett          CASE NO: 11-81502

### ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the amount of **$1968.91** payable to **Northstar Capital Acquisition - Resurgent Capital Services, LP** are being held in the Registry of this Court for the benefit of the Claimant in the above captioned bankruptcy case, and that Claimant has made application for the payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of $1968.91 payable to **Resurgent Capital Services LP** at the following address:

**C/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065-9216**

**THUS DONE AND SIGNED** in _Alexandria_, Louisiana, this _20th_ day of _April_, 20_16_.

_____
JOHN W. KOLWE, JUDGE
UNITED STATES BANKRUPTCY COURT